FILED: October 12, 2010

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 10-2120
(1:00-cv-00463-JAB-PTS)

_____

AVENTIS CROP PROTECTION, N.V.

        Plaintiff - Appellant

v.

DOW AGROSCIENCES LLC

        Defendant - Appellee

 and

PIONEER HI-BRED INTERNATIONAL, INCORPORATED

        Defendant

_____

O R D E R
_____

The Clerk dismisses this appeal as improvidently docketed.

For the Court--By Direction

/s/ Patricia S. Connor, Clerk